1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  MELANIE L. PROCTOR, (SBN 228971)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7      Melanie.Proctor@usdoj.gov

   Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA, ex rel.    )    C 14-02880 HSG
    MICHAEL O'CONNELL,                   )
13                                       )
           Plaintiff,                    )    **UNITED STATES' NOTICE OF ELECTION TO**
14                                       )    **DECLINE INTERVENTION;** ~~[PROPOSED]~~
       v.                                )    **ORDER TO SHOW CAUSE**
15                                       )
    REGENTS OF THE UNIVERSITY OF         )    **FILED UNDER SEAL**
16  CALIFORNIA,                          )
                                         )
17         Defendant.                    )
                                         )
18  _____ )

19

20

21

22

23

24

25

26

27

28

RECEIVED

JUN 1 0 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1       Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States hereby notifies
2 the Court of its decision not to intervene in this qui tam action.

3       We respectfully refer the Court to *Vermont Agency of Natural Resources v. United States ex rel.*
4 *Stevens*, 529 U.S. 765 (2000), in which the United States Supreme Court held that the False Claims Act
5 does not subject states or state entities to liability in qui tam actions brought by relators in which the
6 United States has not intervened.  The Ninth Circuit has previously determined that the Regents are a
7 state entity.  *United States ex rel. Donald v. University of California Board of Regents*, 329 F.3d 1040,
8 1044 (9th Cir. 2003); *see also United States ex rel. Adrian v. Regents of the University of California*, 363
9 F.3d 398 (5th Cir. 2004) (holding that the Regents are a state entity when managing the Lawrence
10 Livermore National Laboratory); *Doe v. Lawrence Livermore National Laboratory*, 131 F.3d 836, 839
11 (9th Cir. 1997) (holding that the University of California is an arm of the State of California).
12 Accordingly, we suggest that the Court should issue an order to show cause why the case should not be
13 dismissed.

14 Dated: June 1Ô, 2015
15
16                                 Respectfully submitted,
17                                 MELINDA HAAG
                                United States Attorney
18
19                                 *Melanie J. Proctor*
20                                 MELANIE L. PROCTOR
                                Assistant United States Attorney
21                                 Attorneys for the United States of America
22
23
24
25
26
27
28

[PROPOSED] ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. All sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for the Complaint, this Order, and the accompanying United States' Notice of Election to Decline Intervention, which are hereby unsealed.

2. The relator shall have 60 days to show cause why this action should not be dismissed pursuant to *Vermont Agency of Natural Resources v. United States ex rel. Stevens*, 529 U.S. 765 (2000).

IT IS SO ORDERED.

Dated:  6/11/2015

HAYWOOD S. GILLIAM , JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE
### United States ex rel. Michael O'Connell v. Regents.
### C 14-02880 HSG

The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.   The undersigned further certifies that she is causing a copy of the

following document(s):

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION;**
**[PROPOSED] ORDER TO SHOW CAUSE**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

\_\_\_\_    **FACSIMILE (FAX)**   Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

\_\_\_\_\_    **FEDERAL EXPRESS**

\_\_\_\_\_    **CERTIFIED MAIL**

\_\_\_\_\_    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Michael J. O'Connell
Law Office of Michael J. O'Connell
100 Pine Street, Suite 1250
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.   Executed on June 10, 2015 at San Francisco, California.

DARYA OBORINA